JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA HAGGAR, et al., ) | Case No.    2:19-cv-01494-R-RAO |
| Plaintiff(s), ) | |
| ) | **ORDER OF DISMISSAL** |
| ) | **BY LACK OF PROSECUTION AND FOR** |
| v. ) | **FAILURE TO COMPLY WITH THE** |
| ) | **COURT'S ORDER RE: NOTICE TO** |
| FOREVER 21, INC., et al., ) | **COUNSEL** |
| ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

Plaintiff was ordered to show cause in writing by not later than **June 28, 2019** why this action should not be dismissed for failure to submit a Joint Report of Early Meeting as ordered in the Court's Order Re: Notice to Counsel;

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated: July 18, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE